[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13716
_____

D.C. Docket No. 5:13-cv-00236-RS-EMT

DWIGHT E. TIPTON,

Plaintiff - Appellant,

versus

LOUIS ROBERTS, III,
In his official capacity as Sheriff of Jackson County Florida,
JAMES LAWRENCE,
In his individual capacity,
KIMBERLY MUNDY,
In her individual capacity,
SHANE TIPTON,

Defendants – Appellees,

SHAWN TIPTON,
In his individual capacity,

Defendant.
_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(March 6, 2015)

Before TJOFLAT, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

For the reasons stated in the District Court's order of July 17, 2014, Doc. 47, officers James Lawrence and Shane Tipton had probable cause to believe that Dwight Tipton had committed petit theft.  Therefore, in arresting him, the officers did not infringe Tipton's Fourth (and Fourteenth) Amendment right to be secure against unreasonable seizure, and the District Court properly granted them summary judgment on Tipton's claim for damages under 42 U.S.C. § 1983. Because Tipton's § 1983 claim against Sheriff  Louis Roberts III is dependent on a finding of such infringement, the District Court properly granted Sheriff Roberts summary judgment.

AFFIRMED.